**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 24-24436-Civ-MORENO**

**RAYMOND T. MAHLBERG,**

      **Plaintiff,**

**v.**

**SAMSUNG ELECTRONICS AMERICA INC. and**

**SAMSUNG ELECTRONICS LATINOAMERICA MIAMI, INC.,**

      **Defendant.**

_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff **RAYMOND T. MAHLBERG**, by and through undersigned counsel, requests that this Court enter a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.

Dated this 20th day of October 2025.

> _/s/Acacia Barros_
> Attorney for Plaintiff
> ACACIA BARROS, P.A.
> Acacia Barros, Esq.
> FBN: 106277
> 7284 W Palmetto Park Rd #101
> Boca Raton, FL 33433
> Tel: +1 (786) 759-3520
> ab@barroslawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of October 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and it will be furnished to the Defendant's attorney.

> _/s/ Acacia Barros_
> Acacia Barros, Esq.
> ACACIA BARROS, P.A.